UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RAFAEL ANTONIO CONCHA,

    Petitioner,

v.                                                                                          No. 6:25-CV-105-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER

Before the Court is Rafael Antonio Concha's petition for a writ of habeas corpus. Dkt. No. 1. Though not presented as a separate claim, Concha appears to argue that, if the straightforward application of the INA requires that he be detained under Section 1225(b)(2)(A), then his detention without a warrant violates the Fourth Amendment. *See* Dkt. No. 1 ¶¶ 124–29.

Therefore, the Court orders the respondents to file a response, no later than February 24, 2026, addressing whether Concha's detention without a warrant violates the Fourth Amendment. The response should contain all evidence relevant to Concha's claim. Concha may file a reply with additional evidence on the Fourth Amendment issue on or before March 10, 2026.

So ordered on February 11, 2026.

                                                            JAMES WESLEY HENDRIX
                                                            UNITED STATES DISTRICT JUDGE