UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

RAFAEL ANTONIO CONCHA,

    Petitioner,

v.

MARKWAYNE MULLIN, et al.,[1]

    Respondents.

No. 6:25-CV-105-H

## ORDER

The petitioner, Rafael Antonio Concha, petitioned for a writ of habeas corpus challenging his detention without bond. Dkt. No. 1. Public records from the Executive Office of Immigration Review indicate that Antonio Concha was ordered removed by an immigration judge while briefing was underway in this matter, and that no appeal was filed. Further, Antonio Concha no longer appears in ICE's Online Detainee Locator System.

Because Antonio Concha either remains in mandatory detention pending removal and does not contest his removability,[2] or because has been removed from the country, the Court denies his petition (Dkt. No. 1) as moot. The Court reminds the parties to appraise the Court of developments in future cases that render a habeas petition moot.

So ordered on June ___, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Markwayne Mullin replaced Kristi Noem as Secretary of Homeland Security on March 26, 2026. Thus, he is automatically substituted as a party to this action. *See* Fed. R. Civ. P. 25(d).

[2] *See* 8 U.S.C. § 1231(a)(1)(A); *Johnson v. Guzman Chavez*, 594 U.S. 523, 528 (2021) ("During the removal period, detention is mandatory.").